Label Matrix for local noticing
1087-5
Case 24-13289
Western District of Oklahoma
Oklahoma City
Tue Jan 14 16:05:31 CST 2025

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

BIG DOG MEDIA, LLC
C/O ARMANDO ROSELL
101 N. ROBINSON AVE. STE 700
OKLAHOMA CITY OK 73102-5500

IRS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

MICHAEL SHERMAN
C/O RICHARD LABARTHE
1000 W. WILSHIRE BLVD #355
OKLAHOMA CITY OK 73116-7031

OKLAHOMA TAX COMMISSION
P.O. BOX 269056
OKLAHOMA CITY OK 73126-9056

(p)UNITED STATES ATTORNEY'S OFFICE
210 PARK AVE SUITE 400
OKLAHOMA CITY OK 73102-5628

(p)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION CENTRAL REGION
P O BOX 7238
WASHINGTON DC 20044-7238

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Berry Wayne Tramel
3101 Harwich Court
Norman, OK 73071-7158

Jerry D. Brown
Jerry D. Brown, P.C.
5500 N. Western Ave.
Suite 150
Oklahoma City, OK 73118-4016

John D. Mashburn
1616 E 19th Street, Suite 301A
Edmond, OK 73013-6519

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US ATTORNEYS OFFICE
210 W. PARK AVENUE, SUITE 400
OKLAHOMA CITY OK 73102

US DEPT OF JUSTICE CIV TRIAL
TAX DIVISION CENTRAL REGION
P.O. BOX 7238 BEN FRANKLIN ST.
WASHINGTON DC 20044

End of Label Matrix
Mailable recipients 11
Bypassed recipients 0
Total 11