# Notice Recipients

District/Off: 1087–5            User: admin                 Date Created: 02/19/2025
Case: 24–13289                  Form ID: 318                Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| tr | John D. Mashburn | ecf@mashburnlaw.net |
| aty | Armando J. Rosell | arosell@rlok.law |
| aty | Jerry D. Brown | jdbrownpc@sbcglobal.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Berry Wayne Tramel | 3101 Harwich Court    Norman, OK 73071 |
| cr | Big Dog Media, LLC c/o Armando Rosell    Rosell & Love, PLLC    101 N. Robinson Avenue    Corporate Tower, Suite 700    Oklahoma City, OK 73102 UNITED STATES | |
| 6886722 | BIG DOG MEDIA, LLC    C/O ARMANDO ROSELL    101 N. ROBINSON AVE. STE 700    OKLAHOMA CITY OK 73102 | |
| 6886718 | IRS    P.O. BOX 7346    PHILADELPHIA PA 19101–7346 | |
| 6886723 | MICHAEL SHERMAN    C/O RICHARD LABARTHE    1000 W. WILSHIRE BLVD #355    OKLAHOMA CITY OK 73116 | |
| 6886721 | OKLAHOMA TAX COMMISSION    P.O. BOX 269056    OKLAHOMA CITY OK 73126 | |
| 6886719 | US ATTORNEYS OFFICE    210 W. PARK AVENUE, SUITE 400    OKLAHOMA CITY OK 73102 | |
| 6886720 | US DEPT OF JUSTICE CIV TRIAL    TAX DIVISION CENTRAL REGION    P.O. BOX 7238 BEN FRANKLIN ST.    WASHINGTON DC 20044 | |

TOTAL: 8