United States Bankruptcy Court
Western District of Oklahoma

| | |
|---|---|
| In re: | Case No. 24-13289-SAH |
| Berry Wayne Tramel | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berry Wayne Tramel, 3101 Harwich Court, Norman, OK 73071-7158 |
| cr | + | Big Dog Media, LLC c/o Armando Rosell, Rosell & Love, PLLC, 101 N. Robinson Avenue, Corporate Tower, Suite 700, Oklahoma City, OK 73102 UNITED STATES 73102-5525 |
| 6886722 | + | BIG DOG MEDIA, LLC, C/O ARMANDO ROSELL, 101 N. ROBINSON AVE. STE 700, OKLAHOMA CITY OK 73102-5500 |
| 6886723 | + | MICHAEL SHERMAN, C/O RICHARD LABARTHE, 1000 W. WILSHIRE BLVD #355, OKLAHOMA CITY OK 73116-7031 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6886718 | | EDI: IRS.COM | Feb 21 2025 02:22:00 | IRS, P.O. BOX 7346, PHILADELPHIA PA 19101-7346 |
| 6886721 | + | Email/Text: bankruptcysecretary@tax.ok.gov | Feb 20 2025 21:29:00 | OKLAHOMA TAX COMMISSION, P.O. BOX 269056, OKLAHOMA CITY OK 73126-9056 |
| 6886720 | | Email/Text: TAX-CTS-Central.BankruptcyMail@usdoj.gov | Feb 20 2025 21:29:00 | US DEPT OF JUSTICE CIV TRIAL, TAX DIVISION CENTRAL REGION, P.O. BOX 7238 BEN FRANKLIN ST., WASHINGTON DC 20044 |
| 6886719 | | Email/Text: usaokw.bankruptcy@usdoj.gov | Feb 20 2025 21:29:00 | US ATTORNEYS OFFICE, 210 W. PARK AVENUE, SUITE 400, OKLAHOMA CITY OK 73102 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025         Signature:    /s/Gustava Winters

| District/off: 1087-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: 318 | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |

Armando J. Rosell
  on behalf of Creditor Big Dog Media  LLC c/o Armando Rosell arosell@rlok.law, kwhite@roselllawgroup.com;dedwards@roselllawgroup.com;sramdas@roselllawgroup.com;pcason@roselllawgroup.com

Jerry D. Brown
  on behalf of Debtor Berry Wayne Tramel jdbrownpc@sbcglobal.net  jdbrown@oklahoma.net

John D. Mashburn
  ecf@mashburnlaw.net  john@mashburnlaw.net;jmashburn@ecf.axosfs.com

United States Trustee
  Ustpregion20.oc.ecf@usdoj.gov

TOTAL: 4

| Information to identify the case: | |
|---|---|
| Debtor 1  **Berry Wayne Tramel**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5494<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Oklahoma** | |
| Case number:  **24–13289 – SAH** | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Berry Wayne Tramel

February 19, 2025

**By the court:**  Sarah A. Hall
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                             **Order of Discharge**                             page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**